MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>DONNA ESMAILKA,<br><br>    Defendant. | No. 4:26-cr-00007-RRB-SAO<br><br>COUNT 1<br>THEFT FROM AN INDIAN TRIBAL<br>ORGANIZATION<br> Vio. of 18 U.S.C. § 1163 |

**INFORMATION**

The United States Attorney charges that:

COUNT 1

Beginning at some time unknown but no earlier than January 1, 2018, and continuing until on or about May 21, 2021, within the District of Alaska, the defendant, DONNA ESMAILKA, did embezzle, steal, willfully misapply, willfully permit to be misapplies, and convert to her own use more than $1,000.00 of monies funds, credits, goods, assets, and other property belonging to the Kaltag Tribe, an Indian Tribal

Organization, and knowing any such monies, funds, credits, goods, assets, or other property had been so embezzled, stolen, converted, misapplied, or permitted to be misapplied, received, concealed, or retained the same with the intent to convert to her own use or use of another.

All of which is in violation of 18 U.S.C. § 1163

RESPECTFULLY SUBMITTED May 5, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s CARLY VOSACEK
CARLY VOSACEK
Assistant United States Attorney
United States of America